# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 561 MAL 2023

              Respondent   :

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

       v.   :

  :

ANTHONY BILLY ALEXANDER,   :

             Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.